### BLUMBERG v. A. B. & E. L. SHAW CO.

(Circuit Court, S. D. New York. July 19, 1904.)

#### No. 2.

1. REMOVAL OF CAUSES—EFFECT ON ATTACHMENT.

An attachment granted by a state court in a suit in which service was made by publication cannot be vacated by the federal court on removal, because the action is one in which such service is not provided for by the federal practice, but under section 4 of the removal statute (Act March 3, 1875, c. 137, 18 Stat. 471 [U. S. Comp. St. 1901, p. 511]) it must stand as it would in the state court, whatever effect the failure to obtain personal service may have on its efficacy.

On Motion to Remand to State Court, and Motion by Defendant to Vacate Attachment.

Wales F. Severance, for plaintiff.

Daly, Hoyt & Mason, for defendant.

LACOMBE, Circuit Judge. 1. The motion to remand this cause to the state court is denied.

2. The motion to vacate the attachment granted by the state court is denied on the sole ground that the removal act (Act March 3, 1875, c. 137, § 4, 18 Stat. 471 [U. S. Comp. St. 1901, p. 511]) provides that it shall not be disturbed, and without expressing any opinion as to whether the attachment can ever become fruitful in the event that no personal service be effected nor appearance entered, service by publication not being provided for by federal practice in actions such as this.